# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No.: 4:22-CR-00016-RSB-CLR |
| | ) |
| KENNETH JACKSON, | ) |
|    Defendant. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

COMES NOW the Defendant above-named, by and through undersigned counsel, and moves this Court to enter an Order allowing an extension of time to file pretrial motions, in the above-captioned matter. In support thereof, Defendant shows as follows:

1. The Defendant's pretrial motions are currently due on or before July 1, 2022, in the above-captioned matter.

2. Discovery in this matter is substantial and ongoing, undersigned counsel anticipates additional discovery to be forthcoming and will need additional time to review said discovery and to file any pretrial motions on Mr. Jackson's behalf.

3. The Defendant requests that the Court grant his request and enter an Order allowing an additional thirty (30) days from July 1, 2022, in which to file pretrial

motions and to exclude the amount of time pursuant to the provisions of the Speedy Trial Act.

WHEREFORE, based upon the within and foregoing, the Defendant requests that this Motion for Extension of Time to File Pretrial Motions be granted and to exclude the time pursuant to the provisions of the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (7)(A).

This 1st day of July 2022.

                                          Respectfully submitted,

                                          /s/ Bruce S. Harvey
                                          LAW OFFICE OF BRUCE S. HARVEY
                                          ATTORNEY FOR DEFENDANT
                                          Bruce S. Harvey, #335175
                                          bruce@bharveylawfirm.com
                                          146 Nassau Street, NW
                                          Atlanta, Georgia 30303
                                          (404) 659-4628

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Motion for Extension of time to File Pretrial Motions using the Court's CM/ECF system which will deliver a copy to all registered to receive service via CM/ECF, addressed as follows:

>Jonathan Alan Porter
>U.S. Attorney's Office - Savannah
>P.O. Box 8970
>22 Barnard Street, Suite 300
>Savannah, GA 3140

This 1st day of July 2022.

>/s/ Bruce S. Harvey
>LAW OFFICE OF BRUCE S. HARVEY
>ATTORNEY FOR DEFENDANT
>Bruce S. Harvey, #335175
>bruce@bharveylawfirm.com
>146 Nassau Street, NW
>Atlanta, Georgia 30303
>(404) 659-4628